UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-231-GWU

LISA JONES,                                                                                           PLAINTIFF,

VS.                                              **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                       DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)     the Defendant's motion for summary judgment is GRANTED;

(2)     the Plaintiff's motion for summary judgment is DENIED; and

(3)     the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 3rd day of September, 2008.



**Signed By:**

**G. Wix Unthank**

**United States Senior Judge**